THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BLAIR, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered March 19, 1971 on resentence, convicting him of robbery in the third degree, unarmed, upon a plea of guilty, and sentencing him *nunc pro tunc* as of August 17, 1966 to Elmira Reformatory for an indefinite period. Appeal dismissed as moot. Defendant raises only the claims that he did not receive treatment in a reformatory facility despite being sentenced to the Elmira Reformatory and that because he was technically a reformatory inmate he was denied good-time credit toward his maximum expiration date. However, since he has already served his sentence these claims are of no practical significance. Shapiro, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS GREY, Appellant.— Judgment of the Supreme Court, Kings County, rendered April 13, 1971, affirmed. (*People* v. *Lieberman*, 3 N Y 2d 649; *People* v. *Monaco*, 14 N Y 2d 43, 47.) Hopkins, Acting P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WARREN KETCHMORE, Appellant.— Judgment of the Supreme Court, Kings County, rendered February 17, 1971 on resentence, and order of the same court, dated April 26, 1971, affirmed. We have examined the sentencing minutes of the 1966 conviction and find that the provisions of section 1943 of the former Penal Law were fully complied with. Hopkins, Acting P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALDORA GERTRUDE WARD and LOUIS JOHN WARD, Appellants.— Two judgments (one as to each defendant) of the County Court, Orange County, rendered July 16, 1971, affirmed. No opinion. The case against defendant Louis John Ward is remitted to the County Court, Orange County, for proceedings to direct said defendant to surrender himself to said court in order that execution of the judgment in his case be resumed (CPL 460.50, subd. 5). Hopkins, Acting P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.